1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4  E-Mail: salsciandra@sbcglobal.net

5  Attorney for Defendant, JOSE ARELLANO

6

7

8                    UNITED STATE DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                                          )  Case No. 1:12-CR-00349-LJO
    UNITED STATES OF AMERICA,               )
11                                          )  STIPULATION AND ORDER FOR A
                    Plaintiff,              )  RESETTING OF HEARING ON REPORT
12                                          )  OF PROBATION OFFICER
                                            )
13  v.                                      )
                                            )
14  JOSE ARELLANO,                          )
                                            )
15                  Defendants.             )
                                            )
16  _____    )

17

18        IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and

19  the defendant by and through his attorney, that the date set for hearing on the presentence report of

20  the probation officer and sentencing be extended as follows:

21        Defense Counsel's Informal objections due to Probation and AUSA:
          Move from August 12, 2013 to September 23, 2013.
22

23        Formal Objections must be filed with the Court and served on
          Probation and AUSA:  move from August 26, 2013 to October 7,
24        2013.

25

26        RPO Hearing:  move from 8:30 a.m. on September 3, 2013 to 8:30
          a.m. on October 15, 2013.
27

28

1  The reason for moving the hearing is because of the complexity of the sentencing guideline issues

2  and further negotiations with the government concerning their recommendation for appropriate

3  sentence.

4                                                          Respectfully submitted,

5

6

7  DATED:  August 12, 2013                      /s/  Salvatore Sciandra
                                                              SALVATORE SCIANDRA
8                                                          Attorney for Defendant,
                                                              JOSE ARELLANO
9

10

11  DATED:  August 12, 2013                      /s/  Kimberly A. Sanchez
                                                              KIMBERLY A. SANCHEZ
12                                                        Assistant United States Attorney

13                                                        This was agreed to via email on Aug. 9, 2013

14

15                                        **ORDER**

16

17

18  IT IS SO ORDERED.

19
      Dated:   **August 12, 2013**                         **/s/ Lawrence J. O'Neill**
20                                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2