1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4  E-Mail: salsciandra@sbcglobal.net

5  Attorney for Defendant, JOSE ARELLANO

 

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JOSE ARELLANO,<br><br>          Defendants. | Case No. 1:12-CR-00349-LJO<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

> Formal Objections must be filed with the Court and served on Probation and AUSA:  move from October 15, 2013 to January 6, 2014.
>
> RPO Hearing:  move from 8:30 a.m. on October 21, 2013 to 8:30 a.m. on January 13, 2014.

The reason for moving the hearing is due to a combination of an extraordinary amount of time expended in the capital prosecution of *U.S. v. GUERRERO*, Case No.: 1:08-CR-00259-PMP, time needed to resolve complex legal issues raised by counsel's informal objections to the report of

the probation officer and to allow further negotiations with the government concerning their recommendations for an appropriate sentence.

    It is anticipated that this will be the last request for a continuance by the defense.

                                          Respectfully submitted,

DATED: October 15, 2013                /s/  Salvatore Sciandra
                                          SALVATORE SCIANDRA
                                          Attorney for Defendant,
                                          JOSE ARELLANO

DATED: October 15, 2013                /s/  Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney

                                          This was agreed to via email on Oct. 15, 2013

                                        **ORDER**

IT IS SO ORDERED.

    Dated:   **October 15, 2013**                **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE