SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
E-Mail: salsciandra@sbcglobal.net

Attorney for Defendant, JOSE ARELLANO

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00349-LJO |
| Plaintiff, | STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |
| v. | |
| JOSE ARELLANO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

> Formal Objections must be filed with the Court and served on Probation and AUSA: move from January 6, 2014 to February 24, 2014.

> RPO Hearing: move from 8:30 a.m. on January 13, 2014 to 8:30 am on March 3, 2014.

The reason for moving the hearing is due to a combination of an extraordinary amount of time expended in the capital prosecution of *U.S. v. GUERRERO*, Case No.: 1:08-CR-00259-PMP, trial preparations in *U.S. v. Wilkins*, Case No.: 1:12-CR-00039-LJO set to commence trial on

1  January 7, 2014 time needed to resolve complex legal issues raised by counsel's informal

2  objections to the report of the probation officer and to allow further negotiations with the

3  government concerning their recommendations for an appropriate sentence.

4         It is anticipated that this will be the last request for a continuance by the defense.

5                                                    Respectfully submitted,

6

7

8  DATED:  January 3, 2014                      /s/  Salvatore Sciandra
                                                SALVATORE SCIANDRA
9                                               Attorney for Defendant,
                                                JOSE ARELLANO
10

11

12  DATED:  January 3, 2014                      /s/  Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
13                                              Assistant United States Attorney

14
                                                This was agreed to via email.
15

16                                   **ORDER**

17

18      **Good cause exists.**

19
    IT IS SO ORDERED.
20

21      Dated:  __**January 6, 2014**__           ____**/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28