1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4  E-Mail: salsciandra@sbcglobal.net

5  Attorney for Defendant, JOSE ARELLANO

6

7

8                        UNITED STATE DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,           )   Case No. 1:12-CR-00349-LJO
11                                     )
                                       )   STIPULATION AND ORDER FOR A
                  Plaintiff,           )   RESETTING OF HEARING ON REPORT
12                                     )   OF PROBATION OFFICER
                                       )
13 v.                                  )
                                       )
14 JOSE ARELLANO,                      )
                                       )
15              Defendants.            )
                                       )
16 _____ )

17

18      IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and

19 the defendant by and through his attorney, that the date set for hearing on the presentence report of

20 the probation officer and sentencing be extended as follows:

21        Formal Objections must be filed with the Court and served on
          Probation and AUSA:  move from February 24, 2014 to March 31,
22        2014.

23        RPO Hearing:  move from 8:30 a.m. on March 3, 2014 to 8:30 a.m.
24        on April 7, 2014.

25      The justification for moving Mr. ARELLANO's sentencing is as follows:  in the capital

26 prosecution matter of *UNITED STATES v. JAMES LEON GUERRERO*, Case No.: 1:08-CR-00259-

27 PMP counsel must attend a meeting in Los Angeles with Stuart Grassian M.D. a psychiatrist from

28 Boston, Massachusetts, that due to his limited availability the only time that was available for Dr.

Grassian to travel to Los Angeles and consult with counsel and perform a psychiatric interview with Mr. Leon Guerrero at FCI Terminal Island is March 2 through March 5, 2014.

Respectfully submitted,

DATED: February 24, 2014     /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
JOSE ARELLANO

DATED: February 24, 2014     /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

This was agreed to via telephone.

**ORDER**

IT IS SO ORDERED.

Dated:  **February 25, 2014**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE