SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
E-Mail: salsciandra@sbcglobal.net

Attorney for Defendant, JOSE ARELLANO

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE ARELLANO,<br><br>    Defendants. | Case No. 1:12-CR-00349-LJO<br><br>STIPULATION FOR A CONTINUATION OF SENTENCING AND THE HEARING ON THE PRESENTENCE REPORT OF PROBATION OFFICER;  **ORDER OF DENIAL** |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended from Monday, April 28, 2014 at 8:30 a.m. to Monday, May 12, 2014 at 8:30 a.m.

This request is for the purpose of allowing counsel for Mr. ARELLANO additional time to file supplemental objections to the presentence report and for the government to respond to both the original and supplemental objections to the presentence report.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: April 23, 2014  /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
JOSE ARELLANO

DATED: April 23, 2014  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

This was agreed to via email 4/23/2014

**ORDER**

**Request DENIED. There has been ample time to accomplish that which is now being requested. No good cause has been given for its not having been accomplished. The Sentencing will proceed as scheduled.**
IT IS SO ORDERED.

Dated: __April 23, 2014__   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2